UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAKEEM A. CHANEY,

    Plaintiff,

v.

                              Case No. 1:18-cv-1065

TONY BREEDLOVE, et al.,               HON. JANET T. NEFF

    Defendants.
_____/

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion to Enforce Settlement Agreement (ECF No. 102). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 104), recommending that this Court deny the motion because the Court lacks jurisdiction to grant the requested relief. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 104) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Enforce Settlement Agreement (ECF No. 102) is DENIED.

Dated: June 7, 2023                                               /s/ Janet T. Neff
                                                                     JANET T. NEFF
                                                                       United States District Judge